In the Matter of the Application of ARTHUR C. BLATZ, Appellant, v. J. HENRY ESSER, as Corporation Counsel of the City of Mount Vernon, Respondent.— Motion denied, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title, etc., Borden Avenue, from Greenpoint Avenue to Laurel Hill Boulevard, and Gould Avenue, from Greenpoint Avenue to Madden Street and from Locust Street to Addison Place, etc., Borough of Queens.— Motion to dismiss appeal granted, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Judicial Settlement of the Account of THOMAS J. DURKIN, as Committee of the Person and Estate of JAMES A. DURKIN, an Incompetent Person.— Motion granted, with ten dollars costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Petition of HAZEL B. MORSE to Recover Possession of Real Estate of EMILY E. POTTER.— Motion for reargument denied, with ten dollars costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

ARMAND JACOBS, Respondent, v. CATHRINE LARSEN, Appellant.— Motion denied, with ten dollars costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

SAMUEL A. MORRISON, Respondent, v. FRITZ LEOPOLD SCHMIDT, JR., Appellant.— Motion to resettle order granted so as to give until January 19, 1920, to serve amended pleading; and order signed. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of GENEVIEVE EVANS, Respondent, v. ASHLEY EVANS, Appellant.— Motion denied on condition that appellant perfect the appeal, and be prepared for argument on the first day of the March term; otherwise, motion granted, with ten dollars costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARA C. FULLER and Others, Respondents, v. JAMES W. TOMPKINS, Appellant.— Motions denied. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

SARAH V. RANDALL, Respondent, v. L. M. BLUMSTEIN, INC., Appellant.— Motion to reinstate appeal granted on condition that appellant pay ten dollars costs additional, perfect the appeal and be ready for argument at the March term; otherwise, motion denied. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

JOSEPH B. REIMER, Respondent, v. JOSEPH NAUGHTON and Another, Appellants, and Others, Defendants.— Motions denied on condition that the appeal be perfected and brought on for argument at the March term; otherwise, motions granted, with ten dollars costs to each moving party. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.